

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2018

No. 04-18-00368-CV

**IN THE INTEREST OF B.J.B.,** et. al, Children,
Appellant

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 13-311-CCL
Honorable Michael P. Peden, Judge Presiding

# O R D E R

     The court reporter has filed a notification of late record stating that the appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record. It is therefore ORDERED that appellant provide written proof to this court **within ten days** of the date of this order that: either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee.

_____
Rebeca C. Martinez, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court